REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-**78** |
| ) | |
| CHESTER J. LEWIS, III, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 7, 2008, in the State and District of Delaware, CHESTER J. LEWIS, III, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Ruger 9 mm pistol, serial number 308-44972, after having been convicted on or about July 21, 2005, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for Kent County, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant CHESTER J. LEWIS, III shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

a Ruger 9 mm pistol, serial number 308-44972 and ammunition

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: May 15, 2008