IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-78 |
| ) | |
| CHESTER J. LEWIS, III, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Chester J. Lewis, III, as a result of the Indictment returned against him on May 15, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney
by
Seth M. Beausang

Dated: May 15, 2008

AND NOW, this 15th day of May, 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Chester J. Lewis, III.

_____
UNITED STATES MAGISTRATE JUDGE