AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

UNITED STATES OF AMERICA

V.

CHESTER LEWIS,

**WARRANT FOR ARREST**

Case Number: 08-78-UNA

To: The United States Marshal
and any Authorized United States Officer

REDACTED

YOU ARE HEREBY COMMANDED to arrest _____CHESTER LEWIS_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

BEING A FELON IN POSSESSION OF A FIREARM

in violation of Title ____18____ United States Code, Section(s) ____922(g)(1) and 924(a)(2)____

PETER T. DALLEO                                    _[signature]_ - Deputy Clerk
Name of Issuing Officer                            Signature of Issuing Officer

CLERK OF COURT                                     5/15/2008 at WILMINGTON, DE
Title of Issuing Officer                           Date and Location

FILED 2008 MAY 29 AM 9:01 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

| DATE RECEIVED 5/15/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/28/08 | William David, DUSM | William David |