IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-078 JJF |
| CHESTER J. LEWIS, III, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, on July 8, 2008, the Court held a Scheduling Conference in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that a Rule 11 Hearing will be held on **Wednesday, August 13, 2008 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 17, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE